Argued July 27, affirmed July 27, petition for rehearing denied
August 23, petition for review denied November 13, 1973

STATE OF OREGON, *Respondent, v.* BRIAN
PHILLIP SHERWOOD (No. 14-529),
*Appellant.*

511 P2d 1270

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

AFFIRMED FROM THE BENCH.